UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL ROLES,

    Plaintiff,

v.                                       Case No: 8:20-cv-1449-CEH-CPT

PACE CONTRACTOR SEVICES, INC.,

    Defendant.
_____/

## ORDER

Before the Court is the parties' Joint Notice of Voluntary Dismissal (Doc. 28). In accord with the Joint Notice of Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Notice of Voluntary Dismissal is **APPROVED** (Doc. 28).

    2)    This cause is dismissed. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on August 2, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record